IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KEVIN LEE WILLIAMS, | ) | Case No. C 15-3530 RMW (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| ALAMEDA COUNTY JAIL, | ) ) | |
| Defendant. | ) ) | |

On July 31, 2015, plaintiff, a former California pretrial detainee, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.[1] That same day, the Clerk notified plaintiff that he had not paid the filing fee. (Docket No. 2.) Along with the Clerk's deficiency notice, plaintiff was provided with a blank *in forma pauperis* ("IFP") application and instructions for completing it. Plaintiff was cautioned that his failure to file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action without further notice. More than twenty-eight days have passed and plaintiff has not responded to the Clerk's deficiency notice. Thus, the instant action is **DISMISSED** without prejudice.

---

[1] This action was reassigned to this court on August 14, 2015, after plaintiff failed to consent to magistrate jurisdiction within the specified time.

Order of Dismissal
P:\PRO-SE\RMW\CR.15\Williams530disifp.wpd

1 | The Clerk shall enter judgment and close the file.

2 | IT IS SO ORDERED.

3 | DATED: 9/15/2015

*[Signature: Ronald M. Whyte]*
RONALD M. WHYTE
United States District Judge